IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:24CR59 |
| v. | FINAL ORDER OF FORFEITURE |
| DARIO CALDERON-PEREDA, | |
| Defendant. | |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 83). The Court has carefully reviewed the record in this case and finds as follows:

1. On October 7, 2024, the Court entered a Preliminary Order of Forfeiture (Filing No. 51) forfeiting defendant Dario Calderon-Pereda's interest in the $2,704 in United States currency seized from a traffic stop in Omaha, Nebraska, on or about March 9, 2024.

2. A Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on October 30, 2024, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed in this case on January 2, 2025 (Filing No. 82).

3. The government has advised the Court that no Petitions have been filed. A review of the record supports that assertion.

4. The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 83) is granted.

2. All right, title and interest in and to the $2,704 in United States currency seized from a traffic stop in Omaha, Nebraska, on or about March 9, 2024, held by any person or entity are forever barred and foreclosed.

3. The $2,704 in United States currency is forfeited to the government.

4. The government is directed to dispose of that currency in accordance with law.

Dated this 3rd day of January 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Court Judge